Kenton Sherwood #14A5303
Bare Hill Correctional Facility
Caller Box 20
181 Brand Road
Malone, New York 12953

Nicole Haimson
Assistant Attorney General
Office of the Attorney General
The Capitol
Albany, New York 12224-0431



February 21, 2018

Re: <u>Sherwood v. Senecal</u>

    Docket No. 9:17-CV-899 (BKS/TWD)

Dear Haimson:

In compliance with the Discovery Order of the Court, dated and filed January 19, 2018, in this above captioned case, I am now providing your with the following documents:

    1. A true and exact copy of the letter dated April 7, 2017, which consist of my Grievance Complaint;

    2. A true and exact copy of the response from the Grievance Committee, acknowledging receipt of my Grievance Complaint;

    3. True and exact copy of the decision concerning the appeal of the decision, dated April 27, 2017, which denied my Grievance Complaint; and

    4. A true and exact copy, dated February 16, 2018, from my FOIL request.

As soon as any other documents available to me, I will promptly forward them to you.

Please send me a return reply to acknowledge your receipt of this letter and the enclosed documents.

                                    Sincerely,

                                    Kenton Sherwood

cc: Clerk of the Court

**BARE HILL CORRECTIONAL FACILITY**
CALLER BOX 20, 181 BRAND ROAD
MALONE, NEW YORK 12953

NAME: Kenton Sherwood      DIN: 14-A-5303

ATTN:CLERK'S OFFICE

RECEIVED
FEB 26 2018
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
P.O. BOX   7367
100 SOUTH CLINTON STREET
SYRACUSE, NY 13261-7367

LEGAL MAIL

NEOPOST       FIRST-CLASS MAIL
02/22/2018
US POSTAGE $000.47⁰
                ZIP 12953
                041M11277530

Bare Hill
Correctional Facility

13261$9211 C000