

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2257

March 19, 2018

Kenton Sherwood
14-A-5303
Plaintiff pro se
Bare Hill Correctional Facility
Caller Box 20
Malone, NY 12953

Re:     *Sherwood v. Senecal*
        Northern District of New York
        9:17-cv-00899-BKS-TWD

Dear Mr. Sherwood:

Pursuant to the Mandatory Pretrial Discovery and Scheduling Order issued by Judge Dancks on January 19, 2018, enclosed please find Defendant's Rule 26 Disclosure.

Thank you for your attention to this matter.

Very truly yours,

By: s/ *Nicole Haimson*
Nicole Haimson
Assistant Attorney General, of Counsel
Bar Roll No. 519339
Email: Nicole.Haimson@ag.ny.gov

Enclosures

cc:     Hon. Dancks
        (via CM/ECF, w/out encl.)